**Richard L. RICHARDS,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

**No. 99–17255.**

**D.C. No. CV–98–00286–ACM.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided March 29, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Richard L. Richards, an Arizona state prisoner, appeals pro se the district court's summary judgment for defendant in his Federal Tort Claims Act action alleging negligence by the United States Forest Service. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *See Reed ex rel. Allen v. United States Dep't of Interior,* 231 F.3d 501, 503 (9th Cir.2000). Upon our review of the record, we conclude that the district court properly granted summary judgment for defendant because Richards' injuries were not caused by the breach of any duty owed to him by the United States. *See* 28 U.S.C. § 1346(b)(1); *Martinez v. Asarco Inc.,* 918 F.2d 1467, 1470–71 (9th Cir.1990) (per curiam).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.